IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TRUSTEES OF THE OREGON-WASHINGTON CARPENTERS-EMPLOYERS HEALTH & WELFARE TRUST FUND, et al. | No. 3:18-cv-01270-SB |
| Plaintiffs, | |
| v. | ORDER |
| PROFESSIONAL LATH & PLASTER LLC, an Oregon limited liability company, | |
| Defendant. | |

HERNANDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings and Recommendation (#19) on June 18, 2019, in which she recommends that this Court grant Plaintiffs' motion for default judgment. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-*

*Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [19]. Accordingly, Plaintiffs' motion for default judgment [10] is granted. A separate judgment with a monetary of award of $15,390.57 as detailed in the Findings & Recommendation will be entered.

IT IS SO ORDERED.

DATED this __8th__ day of ____July____, 2019.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge